# Third District Court of Appeal

## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1732
Lower Tribunal No. 23-3721

_____


**Markieph Palmer,**
Appellant,

vs.

**Keisha Martinez,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Markieph Palmer, in proper person.

Clarke Silverglate, P.A., and Spencer H. Silverglate, and Stephanie M. Simm, for appellee.


Before LINDSEY, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed.